Jeffrey Willis, Esq.
Nevada Bar No. 4797
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
jwillis@swlaw.com
tpeters@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Card Services*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GINNEY ABEYTA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, SILVER STATE SCHOOLS CREDIT UNION, WELLS FARGO CARD SERVICES, AND EQUIFAX INFORMATION SERVICES, LLC.<br><br>Defendants. | Case No. 2:15-cv-02320-RCJ-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated and agreed by and between Plaintiff Ginney Abeyta ("Ms. Abeyta"), through her attorney David Krieger, and Defendant Wells Fargo Card Services ("Wells Fargo"), through their attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Ms. Abeyta filed her Complaint on August 5, 2015 (Docket #1). Wells Fargo was served on November 20, 2015. In the interest of conserving client and judicial resources, Ms. Brown and Wells Fargo stipulate and agree that Wells Fargo shall have until **January 16, 2016** in which to file its responsive pleading.

//

//

1  This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but is intended so the parties may discuss settlement.

DATED this 9th day of December, 2015.

| HANES & KRIEGER | SNELL & WILMER L.L.P. |
|---|---|
| By: <u>/s/ David Krieger</u><br>David Krieger<br>8985 S. Eastern Ave, Ste 370<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff*<br>*Ginney Abeyta* | By: <u>/s/ Tanya N. Peters</u><br>Jeffrey Willis (NV Bar No. 4797)<br>Tanya N. Peters (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone:  (702) 784-5200<br>Facsimile:  (702) 784-5252<br>*Attorneys for Defendant*<br>*Wells Fargo Card Services* |

**ORDER**

      **IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before January 16, 2016.**

**IT IS SO ORDERED.**

                                          United States Magistrate Judge

                                          DATED December 10, 2015.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Peters*
Tanya N. Peters, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Plaintiff*
*Wells Fargo Card Services*