1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|   |   |
|---|---|
| GINNEY ABEYTA,<br><br>            Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. *et al.*,<br><br>            Defendants. | Case No.:   2:15-CV-02320-RCJ-NJK<br><br>**ORDER SETTING HEARING** |

## ORDER IN CHAMBERS

Presently before the Court, is Defendant Bank of America, N.A.'s Motion to Dismiss Plaintiff's Complaint (ECF #13).  Accordingly,

IT IS HEREBY ORDERED that ORAL ARGUMENT  is set for 10:00 A.M.  Friday, February 12, 2016, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

IT IS SO ORDERED this 6th day of January, 2016.

_____
ROBERT C. JONES
District Judge