Jeffrey Willis, Esq.
Nevada Bar No. 4797
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
jwillis@swlaw.com
tpeters@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Card Services*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GINNEY ABEYTA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SILVER STATE SCHOOLS CREDIT UNION, WELLS FARGO CARD SERVICES, and EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company;<br><br>　　　　　Defendants. | 2:15-cv-02320-RCJ-NJK<br><br>**STIPULATION TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND PROPOSED ORDER**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Ginney Abeyta ("Ms. Abeyta"), through her attorney Michael Kind, and Defendant Wells Fargo Card Services ("Wells Fargo"), through their attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Ms. Abeyta filed her First Amended Complaint on January 2, 2016 (Docket #18). In the interest of conserving client and judicial resources, Ms. Abeyta and Wells Fargo stipulate and agree that Wells Fargo shall have until **February 29, 2016**, in which to file its responsive pleading. This is the parties' first request for an extension of time to respond to the First Amended Complaint and is not intended to cause any delay or prejudice to any party, but is intended so the parties may discuss settlement.

1  DATED this 20th day of January, 2016.

2

| KAZEROUNI LAW GROUP | SNELL & WILMER L.L.P. |
|---|---|
| By: __/s/ Michael Kind__<br>Michael Kind, Esq.<br>Kazerouni Law Group, APC<br>7854 W. Sahara Avenue<br>Las Vegas, NV 89117<br>Telephone: (800) 400-6808x7<br> *(signed with permission)*<br><br>*Attorneys for Plaintiff*<br>*Ginney Abeyta* | By: __/s/ Tanya N. Peters__<br>Jeffrey L Willis (NV Bar No. 4797)<br>Karl O. Riley (NV Bar No. 12077)<br>Tanya N. Peters (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone:  (702) 784-5200<br>Facsimile:  (702) 784-5252<br>*Attorneys for Defendant Wells Fargo* |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 2 -

# **ORDER**

**IT IS ORDERED THAT Wells Fargo's time to respond to Plaintiff's First Amended Complaint shall be extended to on or before February 29, 2016.**

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

DATED this 25th day of January, 2016.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Peters*
Tanya N. Peters, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Card Services*

- 3 -

## **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND PROPOSED ORDER** by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| \_\_\_\_X\_\_\_\_\_ | Electronic Filing |

and addressed to the following:

Danny J. Horen, Esq.
Michael Kind, Esq.
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazig.com

David H. Krieger, Esq.
HANES & KRIEGER, LLC
8985 S. Eastern Ave, Ste 370
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

DATED January 20, 2016.

*/s/ Nissa Riley*
An Employee of Snell & Wilmer LLP

23342477

- 4 -